**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Zuffa, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>&lt;ufcfightpass.net&gt;,<br><br>Defendant. | CASE NO. 2:20-cv-02336-JJT<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER SETTING HEARING ON PRELIMINARY INJUNCTION** |

UPON CONSIDERATION of the motion filed by Plaintiff Zuffa, LLC for an ex parte temporary restraining order to place <ufcfightpass.net> domain name (the "Defendant Domain Name") registration on serverHold and serverTransferProhibited, as well as the its request for an order requiring the registrant of the Defendant Domain Name to be unmasked, the supporting memorandum of points and authorities, the supporting declarations and evidence, the record in this case, and for other good cause shown;

THE COURT HEREBY FINDS THAT:

1. Zuffa will suffer irreparable injury if the Court does not require VeriSign, Inc. ("VeriSign"), the .net registry, and/or NameCheap, Inc. ("NameCheap"), the domain

name registrar, to place the infringing <ufcfightpass.net> domain name on hold and lock pending litigation of this matter;

2. Zuffa is likely to succeed on the merits of its claim for cybersquatting under the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) because Zuffa has demonstrated that the registrant of the Defendant Domain Name registered the <ufcfightpass.net> domain name with a bad faith intent to profit from the UFC® Marks, which were distinctive and/or famous at the time the registrant registered the <ufcfightpass.net> domain name;

3. The balance of hardships tips in favor of Zuffa because issuance of the temporary restraining order without notice would merely place the infringing <ufcfightpass.net> domain name on serverHold and serverTransferProhibited pending trial and failure to issue the restraining order would cause Zuffa to suffer and incur additional expense in having to file additional lawsuit(s) if the domain name were to be transferred to other registrants during the pendency of this action;

4. It is critical the registrant's identity be unmasked and revealed by the registrar and/or privacy service so as to facilitate the just, speedy, and inexpensive determination of this case;

THEREFORE, IT IS HEREBY ORDERED THAT, pending a full trial on the merits:

A. The <ufcfightpass.net> domain name shall be immediately placed on serverTransferProhibited by VeriSign and/or NameCheap.

B. VeriSign and/or NameCheap shall immediately place the <ufcfightpass.net> domain name on serverHold rendering the domain name inaccessible for the pendency of the litigation.

C. NameCheap and/or WhoisGuard, Inc., the privacy service, is directed to unmask the registrant's identity and reveal all contact information provided by the registrant in registering the <ufcfightpass.net> domain name, including, but not limited to, name, physical and email addresses, and phone number(s) and provide the same to

Zuffa in no less than five (5) business days from the date of this order.

D. A nominal bond of $100 shall be required because the evidence indicates that the registrant of the Defendant Domain Name will only suffer, if at all, minimal damage by the issuance of this temporary restraining order and injunction.

## ORDER SETTING HEARING FOR PRELIMINARY INJUNCTION WITH NOTICE

UPON CONSIDERATION of the motion filed by Zuffa for a preliminary injunction the supporting points and memorandum of authorities, the supporting declarations and evidence, record in this case, and for good cause shown;

In addition, to ensure the registrant of the Defendant Domain Name receives timely notice of the hearing, given that the registrant of the Defendant Domain Name must maintain accurate contact information with the domain name registrar, Zuffa may serve the Motion, this Order, and all other pleadings filed to date, on the registrant by e-mail to the e-mail address currently provided in the WHOIS information associated with the <ufcfightpass.net> domain name registration, 082ec3874ab74f449d6376b5fbc81526.protect@whoisguard.com.

THE COURT HEREBY sets the oral argument for Plaintiff's motion for a preliminary injunction on _____, 2020, at _____ ___.m. to be held in Courtroom ____ at the United States District Court District of Arizona - Phoenix Division, Sandra Day O'Connor U.S. Courthouse, 401 West Washington Street, Phoenix, AZ 85003-2118.

Further, the Court sets forth the following briefing schedule relating to Zuffa's motion:

1. Defendant Domain Name shall file and serve its opposition papers, if any, no later than _____ ____ 2020; and

2. Zuffa shall file and serve its reply brief no later than _____, 2020.