IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Zuffa LLC, | No. CV-20-02336-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| ufcfightpass.net, | |
| Defendant. | |

Upon consideration of Plaintiff's Motion For Approval To Proceed In Rem and For Service By Publication (Doc. 7),

IT IS ORDERED granting Plaintiff's Motion For Approval To Proceed In Rem and For Service By Publication (Doc. 7) as follows:

1. That Plaintiff shall publish a notice of the action in at least one issue of the *Arizona Central* newspaper within 15 days after entry of this Order and that a declaration be filed on Plaintiff's behalf, no later than 20 days after the entry of this Order, describing the steps that have been taken to comply with this Order.

2. That Plaintiff shall serve a copy of this Order on the registrant of the <ufcfightpass.net> domain name (the "Defendant Domain Name") via postal mail and email based on the information provided in the WHOIS registration records.

3. That Defendant Domain Name shall appear or plead within 21 days after notice of this action is served by postal or electronic mail.

4. That upon completion of the foregoing steps, Plaintiff shall have complied with the requirements of 15 U.S.C. 1125(d)(2)(A)(ii)(II)(aa)-(bb) for purposes of this action.

Dated this 10th day of December, 2020.

_____
Honorable John J. Tuchi
United States District Judge