DICKINSON WRIGHT PLLC
Cindy A. Villanueva
Arizona Bar No. 028163
Email: CVillanueva@dickinsonwright.com
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004-4568
Tel:   602-285-5000
Fax:   844-670-6009

John L. Krieger (Admitted *pro hac vice*)
Nevada Bar No. 6023
Email: JKrieger@dickinsonwright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169-0965
Tel:   702-550-4400
Fax:   844-670-6009

*Attorneys for Plaintiff*
*Zuffa, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Zuffa, LLC, a Nevada limited liability company, | CASE NO. 2:20-cv-02336-JJT |
|---|---|
| Plaintiff, | **NOTICE OF DEPOSIT** |
| v. | |
| <ufcfightpass.net>, | |
| Defendant. | |

Plaintiff hereby gives notice that on December 21, 2020, it deposited a $5,000.00 bond pursuant to this Court's Order dated December 11, 2020 [ECF 11].

DATED this 21st day of December, 2020.

        DICKINSON WRIGHT PLLC

        */s/ Cindy A. Villanueva*
        Cindy A. Villanueva
        1850 North Central Avenue, Suite 1400
        Phoenix, Arizona 85004-4568

        John L. Krieger
        3883 Howard Hughes Parkway, Suite 800
        Las Vegas, Nevada  89169-0965

        *Attorneys for Plaintiff Zuffa, LLC*